UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LOUISE K. NOLLEY,

            Plaintiff,

vs

J. ROBINSON, Deputy Sheriff at E.C.H.C.,

Mr. HIGGINS, Deputy Sheriff at E.C.H.C.,

Ms. REYNOLDS, Sergeant at E.C.H.C.,

            Defendants.

**STIPULATION OF DISCONTINUANCE**

DOCKET NO.: 07-CV-0488S

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all of the plaintiffs' claims and causes of action are hereby discontinued as against all defendants, with prejudice, on the merits and without costs to either party as against the other.

    This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    Buffalo, New York
                August 7, 2010
                September

By:_____
JEFFREY E. MARION, ESQ.
Attorneys for Plaintiff
The Williamsville Law Center Building
17 Beresford Court
Williamsville, New York 14221
Telephone: (716) 565-2000
Email: Jeff@jeffmarionlaw.com

CHERYL A. GREEN
Erie County Attorney

By:_____
BRIAN R. LIEBENOW, ESQ.
Assistant County Attorney
Attorneys for Defendants
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: (716) 858-2200
Email: Brian.Liebenow@erie.gov

SO ORDERED:

_____
Honorable William M. Skretny
Chief United States District Court Judge, WDNY

Date:_____